**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of New York (State)

Case number (*If known*): ____________ Chapter ____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7

☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Davin Healthcare, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Davin Healthcare Workforce Solutions, Inc.

Davin Healthcare Software Solutions, Inc.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 18 Division Street (Number Street) | (Number Street) |
| Suite 311 | PO Box 3367 (P.O. Box) |
| Saratoga Springs (City), NY (State), 12866-3154 (ZIP Code) | Saratoga Springs (City), NY (State), 12866 (ZIP Code) |
| Saratoga County (County) | **Location of principal assets, if different from principal place of business** |
| | (Number Street) |
| | (City) (State) (ZIP Code) |

Debtor Davin Healthcare, Inc. Case number (*if known*) ____
Name

**6. Debtor's website** (URL) www.davinhealthcare.com

**7. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: ____

**8. Type of debtor's business**

*Check one:*

- Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor ____ Relationship ____

District ____ Date filed ____ MM / DD / YYYY Case number, if known____

Debtor ____ Relationship ____

District ____ Date filed ____ MM / DD / YYYY Case number, if known____

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: Davin Healthcare, Inc. (Name) Case number (if known) ______

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Care Team Solutions, LLC | Staffing Services | $ 1,243,342.49 |
| GLC-on-the-Go, Inc. | Staffing Services | $ 142,681.71 |
| Trusted Talent | Staffing Services | $ 1,302,143.72 |
| | Total of petitioners' claims | $ 2,688,167.92 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Care Team Solutions, LLC
Name

199 Scott St. Ste 210
Number Street

Buffalo (City) NY (State) 14204 (ZIP Code)

**Name and mailing address of petitioner's representative, if any**

Justin Cuviello
Name

203 Highland ave
Number Street

Buffalo (City) NY (State) 14222 (ZIP Code)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2026
MM / DD / YYYY

✘ [signature]
Signature of petitioner or representative, including representative's title

### Attorneys

______
Printed name

______
Firm name, if any

______
Number Street

______ City ______ State ______ ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

Debtor Davin Healthcare, Inc.
Name

Case number (if known)

**Name and mailing address of petitioner**

GLC-on-the-Go, Inc.
Name

55 Weston Road, Suite 300
Number Street

Weston | FL | 33326
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lorin Cone
Name

2533 Montclaire Circle
Number Street

Weston | FL | 33327
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/23/2026
MM / DD / YYYY

✘ Lorin Cone
Signature of petitioner or representative, including representative's title

Robert S. Bernstein
Printed name

WH Burkley, LLP
Firm name, if any

601 Grant Street, 9th Fl.
Number Street

Pittsburgh | PA | 15210
City | State | ZIP Code

Contact phone 412-456-8101 Email rbernstein@bernsteinlaw.com

Bar number 565946

State NY

✘ Robert S. Bernstein
Signature of attorney

Date signed 09/25/2026
MM / DD / YYYY

**Name and mailing address of petitioner**

Trusted Talent
Name

500 Seneca St, STE 400
Number Street

Buffalo | NY | 14204
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Tim Diederich
Name

500 Seneca St, STE 400
Number Street

Buffalo | NY | 14204
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/15/26
MM / DD / YYYY

✘ [signature], VP of Finance
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✘
Signature of attorney

Date signed
MM / DD / YYYY

Davin Healthcare, Inc.
18 Division Street
Suite 311
Saratoga Springs, NY 12866

Davin Healthcare, Inc.
P.O. Box 3367
Saratoga Springs, NY 12866

Yann Geron, Windup Officer for Davin Healthcare
18 Division Street, Suite 311
Saratoga Springs, NY 12866

David M. Theobald, CEO of Davin Healthcare
11 Magnolia Ct.
Ballston Spa, NY 12020-2961

Care Team Solutions, LLC
c/o Justin Cuviello
199 Scott Street, Ste. 210
Buffalo, NY 14204

GLC-on-the-Go, Inc.
c/o Lorin Cone
55 Weston Road, Suite 300
Weston, FL 33326

Trusted Talent
c/o Tim Diederich
500 Seneca Street, Suite 400
Buffalo, NY 14204

CERTIFICATION OF MAILING MATRIX IN AN INVOLUNTARY CASE

I , Robert S. Bernstein, Esq., the attorney for the petitioning creditors hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names and addresses, zip codes and, if required, account numbers, in redacted form, of all persons and entities, as they appear on the list of creditors/list of equity security holders, or any amendment thereto filed herewith of the petitioning creditors, any attorneys for petitioning creditors and any other parties in interest known to the petitioning creditors or their attorney.

Dated: September 25, 2026 By: */s/ Robert S. Bernstein*
Attorney for Petitioning Creditors