B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, Robert S. Bernstein, Esq. (name), certify that on 9/28/2026 (date), I served this summons and a copy of the involuntary petition on Davin Healthcare, Inc. and its officers (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*: via U.S. First Class Mail, as follows:

Davin Healthcare, Inc.
Attn: Manager, President or CEO
18 Division Street, Suite 311
Saratoga Springs, NY 12866

Davin Healthcare, Inc.
Attn: Manager, President or CEO
P.O. Box 3367
Saratoga Springs, NY 12866

Yann Geron, Windup Officer for Davin Healthcare
18 Division Street, Suite 311
Saratoga Springs, NY 12866

David M. Theobald
CEO of Davin Healthcare
11 Magnolia Ct.
Ballston Spa, NY 12020-2961

Davin Healthcare, Inc.
c/o Registered Agents, Inc.
117 S. Lexington St., Ste. 100
Harrisonville, MO 64701-2444

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 9/29/2026 Signature /s/ Robert S. Bernstein, Esq.

Print Name: Robert S. Bernstein, Esq., NY Bar No. 565946

Business Address: WH Burkley, LLP
601 Grant Street, 9th Fl
Pittsburgh, PA 15219
p. 412-456-8101
rbernstein@bernsteinlaw.com