IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| Davin Healthcare, Inc. | § | Case No 26-11095-1-pgr |
| | § | |
| Proposed Debtor. | § | |

**EMERGENCY MOTION TO DISMISS INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL**
**[Relates to Dkt. No. 1]**

**TO THE HONORABLE JUDGE PATRICK G. RADEL,**
**UNITED STATES BANKRUPTCYJUDGE:**

Petitioning Creditors Care Team Solutions, Inc., GLC-on-the-Go, Inc. and Trusted Talent (collectively, the "Petitioning Creditors") a files this Emergency Motion to Dismiss Involuntary Petition Against a Non-Individual and respectfully state as follows:

1. The Petitioning Creditors initiated Case No. 26-11095 (the "Involuntary Petition") on September 25, 2026. The petition listed separate corporations as "a/k/a's" of Davin Healthcare, Inc. The Debtor disputes that the petitioning creditors have relationships with Davin Healthcare, Inc nor Davin Healthcare Software Solutions, Inc. The Debtor does not dispute that the Petitioning Creditors are creditors of Davin Workforce Solutions, Inc.

2. Davin Healthcare, Inc. Davin Healthcare Software Solutions, Inc. and Davin Healthcare Workforce Solutions, Inc. through their CEO, David Theobald and his counsel, immediately entered into discussions concerning the operations, assets, and liabilities of the Debtor. During those discussions, it became clear that an out-of-court winddown of Davin Workforce Solutions, Inc. conducted over the last year or more may have resulted in the Petitioning Creditors misapprehending the true identify of their debtor, who Mr. Theobald asserts is Davin Workforce

Solutions, Inc. only.

3. During those discussions, it became clear that Davin Workforce Solutions Inc.'s only asset of any value are claims in the Chapter 11 cases of Claxton-Hepburn Medical Center, Inc. and Carthage Area Hospital, Inc. in the Northern District of New York. Only if these claims receive a substantial dividend will there be funds for creditors of Davin Workplace Solutions, Inc.

4. Mr. Theobald and David Workforce Solutions, Inc. do not dispute the claims asserted by the Petitioning Creditors, but see no benefit to a bankruptcy for Davin Workforce Solutions, Inc. and Mr. Theobald is willing to work with the Petitioning Creditors.

5. The Petitioning Creditors are willing to dismiss the Involuntary Petition in its entirety and rely on the commitment of Mr. Theobald regarding the future communication and management of the assets of Davin Workforce Solutions, Inc.

6. Petitioning Creditors assert that it is imperative that a dismissal order be entered *Ex Parte* and without further delay, which may be prejudicial to Davin Healthcare, Inc. and Davin Healthcare Software Solutions, Inc.

7. This Motion is filed with the consent of all the Petitioning Creditors and Davin Healthcare, Inc., Davin Workforce Solutions, Inc., and Davin Healthcare Software Solutions, Inc. , as evidenced by a letter from Mr. Theobald, attached as Exhibit A.

WHEREFPORE, the parties respectfully request that the Involuntary Petition be dismissed, without prejudice, this proceeding be closed.

Respectfully Submitted,

Dated: October 2, 2026

*/s/ Robert S. Bernstein*

Robert S. Bernstein, Esquire
NY Bar I.D. # 565946
WH BURKLEY, LLP
601 Grant Street, 9th Floor
Pittsburgh, Pennsylvania 15219
(412) 456-8100
rbernstein@bernsteinlaw.com

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br>Davin Healthcare, Inc.<br>1-pgr<br><br>Proposed Debtor. | Chapter 7<br>Case No. 26-11095- |

**DECLARATION OF DAVID THEOBALD, CHIEF EXECUTIVE OFFICER, REGARDING DEBTORS' CONSENT TO DISMISSAL OF INVOLUNTARY CHAPTER 7 CASE**

Petitioning Creditors Care Team Solutions, Inc., GLC-on-the-Go, Inc. and Trusted Talent (collectively, the "Petitioning Creditors") commenced an involuntary Chapter 7 Bankruptcy proceeding, Case No. 26-11095-1-pgr, on September 25, 2026, against proposed debtor Davin Healthcare, Inc. Petitioning Creditors mistakenly included Davin Healthcare Workforce Solutions, Inc., and Davin Healthcare Software Solutions, Inc. as "a/k/a's" of Davin Healthcare, Inc., even though they are separate corporations. Petitioning Creditors now seek to dismiss the above-referenced case against all proposed debtors.

I, David Theobald, declare as follows:

1. I am the Chief Executive Officer and an authorized officer of Davin Healthcare, Inc., Davin Healthcare Workforce Solutions, Inc., and Davin Healthcare Software Solutions, Inc. (collectively, the "Debtors"), and I submit this declaration on behalf of each debtor.
2. I make this declaration based on my personal knowledge, my review of relevant documents, and my experience concerning the Debtors and their operations.
3. I am authorized to execute consents and other documents for each debtor in connection with these bankruptcy matters.

4. Each Debtor hereby consents to Petitioning Creditors dismissal of the involuntary Chapter 7 case, Case No. 26-11095-1-pgr, pursuant to 11 U.S.C. § 303(j)(1).
5. The reason each Debtor consents to Petitioning Creditors motion for dismissal is as follows: Petitioning Creditors erroneously included Davin Healthcare, Inc., and Davin Healthcare Software Solutions, Inc. as proposed debtors, notwithstanding the lack of any business relationship between Petitioning Creditors and Davin Healthcare, Inc., and Davin Healthcare Software Solutions, Inc.
6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: October 2, 2026

David Theobald 10/2/2026
**David Theobald**
Chief Executive Officer
Davin Healthcare, Inc.
Davin Healthcare Workforce Solutions, Inc.
Davin Healthcare Software Solutions, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| Davin Healthcare, Inc. | § | Case No 26-11095-1-pgr |
| | § | |
| Proposed Debtor. | § | |

**ORDER DISMISSING INVOLUNTARY ACTION AGAINST DAVIN HEALTHCARE, INC.**

UPON the Motion of the Petitioning Creditors, to dismiss the involuntary petition against the alleged Debtor, Davin Healthcare, Inc., it is hereby

ORDERED, that the Involuntary Petition at the above captioned case number, naming the alleged Debtor as Davin Healthcare, Inc. is **DISMISSED,** without prejudice, this proceeding will be closed.

###

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically upon all parties receiving electronic notice in this case on October 2, 2026, and upon the following via first-class mail:

U.S. Trustee
Office of the U.S. Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, NY 12207

Davin Healthcare, Inc.
18 Division Street
Suite 311
Saratoga Springs, NY 12866

Davin Healthcare, Inc.
P.O. Box 3367
Saratoga Springs, NY 12866

Leigh Hoffman, Esq.
Lippes Mathias LLP
677 Broadway, 6th Floor
Albany, NY 12207
*Counsel to David Theobald*

Yann Geron, Windup Officer for Davin Healthcare
18 Division Street, Suite 311
Saratoga Springs, NY 12866

David M. Theobald, CEO of Davin Healthcare
11 Magnolia Ct.
Ballston Spa, NY 12020-2961

Care Team Solutions, LLC
c/o Justin Cuviello
199 Scott Street, Ste. 210
Buffalo, NY 14204

GLC-on-the-Go, Inc.
c/o Lorin Cone
55 Weston Road, Suite 300
Weston, FL 33326

Trusted Talent
c/o Tim Diederich
500 Seneca Street, Suite 400
Buffalo, NY 14204

Respectfully Submitted,

Dated: October 2, 2026

*/s/ Robert S. Bernstein*

Robert S. Bernstein, Esquire
NY I.D. # 565946
WH BURKLEY, LLP
601 Grant Street, 9th Floor
Pittsburgh, Pennsylvania 15219
(412) 456-8100
rbernstein@bernsteinlaw.com