IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| Davin Healthcare, Inc. | § | Case No 26-11095-1-pgr |
| | § | |
| Proposed Debtor. | § | |

**AMENDED APPLICATION TO SHORTEN TIME PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(C) AND LOCAL BANKRUPTCY RULE 9013-5(B)**

Petitioning Creditors Care Team Solutions, Inc., GLC-on-the-Go, Inc. and Trusted Talent (collectively, the "Petitioning Creditors") hereby applies to the Court for an Order pursuant to Federal Rule of Bankruptcy Procedure 9006(c) and Local Bankruptcy Rule 9013-5(b) shortening the time for notice of hearing (the "Application") on the Emergency Motion to Dismiss Involuntary Petition Against a Non-Individual and respectfully state as follows:

1. By this application, the Petitioning Creditors seek to shorten the time for notice of hearing on the Emergency Motion to Dismiss Involuntary Petition Against a Non-Individual (the "Emergency Motion").

2. The Petitioning Creditors respectfully request that the Court set a hearing on the above Emergency Motion to be held on October 8, 2026 at 1:00 p.m. The Petitioning Creditors submit that there is cause to shorten notice in order to obtain the dismissal of this action, as the Petitioning Creditors assert that it is imperative that a dismissal order be entered *Ex Parte* and without further delay, which may be prejudicial to Davin Healthcare, Inc and Davin Healthcare Software Solutions, Inc., as further described in the Emergency Motion.

3. For the reasons stated herein, and in the Emergency Motion, the Petitioning Creditors respectfully request that the Court shorten notice for the hearing on the Emergency

Motion.

WHEREFORE, the Petitioning Creditors respectfully request that the Court enter an Order Shortening time pursuant to F.R.B.P. 9006(c) for notice of the hearing on the Petitioning Creditors Emergency Motion and set a hearing on the same for October 8, 2026 at 1:00 or on such other date that the Court deems proper and granting such other and further relief as may be deemed just, necessary, and proper.

Respectfully Submitted,

Dated: October 5, 2026

*/s/ Robert S. Bernstein*

Robert S. Bernstein, Esquire
NY Bar I.D. # 565946
WH BURKLEY, LLP
601 Grant Street, 9th Floor
Pittsburgh, Pennsylvania 15219
(412) 456-8100
rbernstein@bernsteinlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| Davin Healthcare, Inc. | § | Case No 26-11095-1-pgr |
| | § | |
| Proposed Debtor. | § | |

**ORDER SHORTENING TIME PURSUANT TO FEDERAL RULE OF BAKRUPTCY PROCEDURE 9006(C) AND LOCAL BANKRUPTCY RULES 9013-5(B) FOR NOTICE OF HEARING RELATED TO PETITIONING CREDITORS EMERGENCY MOTION**

UPON the Application of the Petitioning Creditors, for an Order for an Order pursuant to Federal Rule of Bankruptcy Procedure 9006(c) and Local Bankruptcy Rule 9013-5(b) shortening the time for notice of hearing (the "Application") on the Petitioning Creditors Emergency Motion; it is hereby

ORDERED, that the Application to shorten time for the hearing on the Emergency Motion is granted; and it is further

ORDERED, that a hearing on the Emergency Motion shall be held on October 8, 2026, at 1:00 p.m. or as soon thereafter as counsel may be heard, by video via Teams; and it is further, it is hereby

ORDERED, that appearances may be made by video via Teams, for which pre-registration is required by 3:00 p.m. one (1) business day before the hearing. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register; and it is further

ORDERED, that the Debtor shall serve a copy of this Order (i) via CM/ECF on the United States Trustee, and all other parties that have appeared; (ii) via first class mail or email on the mailing matrix on or before October 6, 2026; and it is further

ORDERED, that any opposition to the Emergency Motion may be interposed at the hearing; and it is further

ORDERED, that notice pursuant to this Order shall be deemed good and sufficient notice of the hearing on the Emergency Motion.

###

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically upon all parties receiving electronic notice in this case on October 5, 2026, and upon the following via email, as indicated:

U.S. Trustee
Office of the U.S. Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, NY 12207
USTP.Region02@usdoj.gov
Strauss, Harrison (USTP) harrison.strauss@usdoj.gov
Barbaruolo, Paula (USTP) paula.barbaruolo@usdoj.gov
Champion, Erin (USTP) erin.champion@usdoj.gov

Davin Healthcare, Inc.
18 Division Street
Suite 311
Saratoga Springs, NY 12866
Attn: David Theobald, CEO
davidtheobald07@gmail.com

Davin Healthcare, Inc.
P.O. Box 3367
Saratoga Springs, NY 12866
Attn: David Theobald, CEO
davidtheobald07@gmail.com

Leigh Hoffman, Esq.
Lippes Mathias LLP
677 Broadway, 6th Floor
Albany, NY 12207
Counsel for David Theobald
lhoffman@lippes.com

Yann Geron, Former Windup Officer for Davin Healthcare
18 Division Street, Suite 311
Saratoga Springs, NY 12866
ygeron@geronlegaladvisors.com

David M. Theobald, CEO of Davin Healthcare
11 Magnolia Ct.
Ballston Spa, NY 12020-2961
davidtheobald07@gmail.com

Care Team Solutions, LLC
c/o Justin Cuviello
199 Scott Street, Ste. 210
Buffalo, NY 14204
justin@careteamsolutions.com

GLC-on-the-Go, Inc.
c/o Lorin Cone
55 Weston Road, Suite 300
Weston, FL 33326
lcone@glcgroup.com

Trusted Talent
c/o Tim Diederich
500 Seneca Street, Suite 400
Buffalo, NY 14204

Respectfully Submitted,

Dated: October 5, 2026

*/s/ Robert S. Bernstein*

Robert S. Bernstein, Esquire
NY I.D. # 565946
WH BURKLEY, LLP
601 Grant Street, 9th Floor
Pittsburgh, Pennsylvania 15219
(412) 456-8100
rbernstein@bernsteinlaw.com