So Ordered.

Signed this 8 day of October, 2026.

Patrick G. Radel
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| Davin Healthcare, Inc. | § | Case No 26-11095-1-pgr |
| | § | |
| Proposed Debtor. | § | |

**ORDER DISMISSING INVOLUNTARY ACTION AGAINST DAVIN HEALTHCARE, INC.**

UPON the Motion of the Petitioning Creditors, to dismiss the involuntary petition against the alleged Debtor, Davin Healthcare, Inc., it is hereby

ORDERED, that the Involuntary Petition at the above captioned case number, naming the alleged Debtor as Davin Healthcare, Inc. is **DISMISSED,** without prejudice, this proceeding will be closed.

###